**People of the State of Illinois, Defendant in Error,
v. James Burks, Plaintiff in Error.**

Gen. No. 51,275.

First District, Third Division.
March 9, 1967.

James Burks, pro se, of Chicago, plaintiff in error; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. Roger Horsky, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE SCHWARTZ. Not to be published in full.